# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | Master Docket No.:   1:14-cv-1748 |
| This document relates to: **FRANCES METZ, ON BEHALF OF THE ESTATE OF DONALD METZ, DECEASED**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**PHARMACIA & UPJOHN COMPANY INC.**, *et al.*,<br><br>Defendants. | Case No.:   1:14-cv-8900<br><br>Judge:   Hon. Matthew F. Kennelly<br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs Frances Metz, on behalf of The Estate of Donald Metz, Deceased and Frances Metz, individually—with the consent of the below-signed current defendants who have appeared—hereby dismiss this action in its entirety, with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

March 20, 2018.                                Respectfully Submitted,

 */s/ James G. O'Brien*
James G. O'Brien (Ohio 0088460, Cal. 308239)
Michelle L. Kranz (0062479)
ZOLL & KRANZ, LLC
6620 W. Central Ave., Suite 100
Toledo, OH 43617
Tel.   (419) 841-9623
Fax   (419) 841-9719
Email   michelle@toledolaw.com
Email   jim@toledolaw.com

*Counsel for Plaintiffs Frances Metz, on behalf of The Estate of Donald Metz, Deceased and Frances Metz*

   /s/ Michelle H. Yeary   (with permission)
Michelle H. Yeary
Dechert Llp
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
(609) 955-3277
Email: michelle.yeary@dechert.com

*Counsel for AbbVie Inc., Abbott Laboratories, and Unimed Pharmaceuticals LLC*

   /s/ Andrew Keith Solow   (with permission)
Andrew Keith Solow
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-7740
Email: andrew.solow@apks.com

*Counsel for Auxilium Pharmaceuticals Inc. and Endo Pharmaceuticals Inc.*

   /s/ David Edward Stanley   (with permission)
David Edward Stanley
Reed Smith Llp
355 S. Grand Avenue
Suite 2900
Los Angeles, CA 90071
(213) 457-8000
Email: dstanley@reedsmith.com

Janet H. Kwuon
Reed Smith Llp
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
(213) 457-8013
Email: jkwuon@reedsmith.com

*Counsel for Eli Lilly & Company and Lilly USA, LLC*

# CERTIFICATE OF SERVICE

I transmitted a true and accurate copy of the foregoing **Stipulation of Dismissal** upon:

Michelle H. Yeary
Dechert Llp
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
(609) 955-3277
Email: michelle.yeary@dechert.com

*Counsel for AbbVie Inc., Abbott Laboratories, and Unimed Pharmaceuticals LLC*

Andrew Keith Solow
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-7740
Email: andrew.solow@apks.com

*Counsel for Auxilium Pharmaceuticals Inc. and Endo Pharmaceuticals Inc.*

David Edward Stanley
Reed Smith Llp
355 S. Grand Avenue
Suite 2900
Los Angeles, CA 90071
(213) 457-8000
Email: dstanley@reedsmith.com

Janet H. Kwuon
Reed Smith Llp
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
(213) 457-8013
Email: jkwuon@reedsmith.com

*Counsel for Eli Lilly & Company and Lilly USA, LLC*

by filing a copy on the Court's electronic filing system on this date.

March 20, 2018.  */s/ James G. O'Brien*
James G. O'Brien (Ohio 0088460, Cal. 308239)